**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6830**

LARRY PERCELL MAYBIN,

            Plaintiff - Appellant,

      v.

HOTSPOT,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.   Timothy M. Cain, District Judge.   (7:15-cv-00797-TMC-PJG)

Submitted:  August 20, 2015          Decided:  August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Percell Maybin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Percell Maybin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failing to comply with a court order. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Maybin's informal brief does not challenge the basis for the district court's disposition, Maybin has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>